# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0549

VERSUS

AQUENDIUS C. WALKER

**OCTOBER 1, 2021**

---

In Re:  Aquendius C. Walker, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 13-FELY-654715.

---

**BEFORE:  McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED.** The district court's ruling denying the motion to unseal the jury polling record is reversed. This matter is remanded and the district court is ordered to review the sealed jury polling slips and provide copies to relator that reflect the votes with the jurors' names redacted. The original polling slips shall be maintained under seal. See La. Code Crim. P. art. 812; **State v. Charles,** 2021-00466 (La. 6/1/21), ___ So.3d ___, 2021 WL 2201224 (*per curiam*).

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT